FILED

Name: John Doe
Address: PO Box 1679, Unit 4550
Sacramento CA 95812
Phone: 310.598.8398
Fax: _____
In Pro Per

2026 FEB 10  AM 10: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

John Doe
SAFE AT HOME PARTICIPANT
          Plaintiff
    v.
Renee Solomon
Forward Recovery
          Defendant(s).

CASE NUMBER:
2:25-CV-09413-AB-PVCx

TITLE OF PLEADING:
URGENT - EXPOSED
Request For Redaction
Of Personal Identifying
Information

1) Plaintiff's Request Motion For Redaction of Personal Identifying Information From All Public-Facing Court Systems.

2) Screenshot of Pacer Monitor exposing my information (full name and on CM ECF.

3) California Governmental Code Section 6208.1

4) SAFE AT HOME Card

# PLAINTIFF'S MOTION FOR REDACTION OF PERSONAL IDENTIFYING INFORMATION FROM ALL PUBLIC-FACING COURT SYSTEMS

Case: John Doe v. Rene Solomon

U.S. District Court, Central District of California

**Case No.: 2:25-CV-09413-AB-PVCx**

**PLAINTIFF'S NOTICE OF MOTION AND MOTION**

Plaintiff John Doe, proceeding under Court-authorized pseudonym protections, respectfully moves for an order directing the immediate redaction and removal of all personal identifying information ("PII") — including Plaintiff's legal name, address, or any identifying data — from:

1. PACER,
2. PacerMonitor,
3. CourtListener,
4. Any automated third-party docket-aggregation websites,

5. Any public-facing pages generated by the Court, and

6. Any publicly viewable filings in this matter that currently display Plaintiff's legal name.

# I. GROUNDS FOR THE MOTION

This motion is made pursuant to:

- Federal Rule of Civil Procedure 5.2 (privacy protections),

- The Court's authority to protect litigants using pseudonyms,

- Prior permission granted to Plaintiff to proceed as John Doe,

- Plaintiff's enrollment in California's Safe at Home confidentiality program, and

- The Court's inherent powers to prevent exposure, harm, and retaliation.

Recent public searches revealed that Plaintiff's full legal name is appearing online due to third-party indexing of docket entries, threatening Plaintiff's safety, privacy, and well-being, and undermining the Court's pseudonym order.

Immediate correction is necessary.

## II. RELIEF REQUESTED

Plaintiff respectfully requests that the Court order:

1. All references to Plaintiff's legal name removed or redacted across all public-facing docket platforms;

2. Any publicly posted documents showing Plaintiff's name replaced with redacted versions identifying Plaintiff solely as "John Doe";

3. Correction of docket metadata so that automated systems no longer display Plaintiff's name;

4. Future filings to list Plaintiff exclusively as "John Doe" with Plaintiff's Safe at Home address of record;

5. Prompt implementation by the Clerk with confirmation placed onto the docket once complete.

## III. CONCLUSION

For the above reasons, Plaintiff respectfully requests that the Court grant this motion and order the immediate redaction of all personally identifying information.

Dated: 02/10/2026

John Doe                    */s/ John Doe*

Plaintiff, Pro Se

(Safe at Home Address of Record)



**California Government code Section 6208.1.** (a) (1) No person, business, or association shall knowingly and intentionally publicly post or publicly display on the Internet the home address, home telephone number, or image of a program participant or other individuals residing at the same home address with the intent to do either of the following:
(A) Incite a third person to cause imminent great bodily harm to the person identified in the posting or display, or to a coresident of that person, where the third person is likely to commit this harm.
(B) Threaten the person identified in the posting or display, or a coresident of that person, in a manner that places the person identified or the coresident in objectively reasonable fear for his or her personal safety. (2) A participant whose home address, home telephone number, or image is made public as a result of a violation of paragraph (1) may do either or both of the following:
(A) Bring an action seeking injunctive or declarative relief in any court of competent jurisdiction. If a jury or court finds that a violation has occurred, it may grant injunctive or declarative relief and shall award the successful plaintiff court costs and reasonable attorney's fees.
(B) Bring an action for money damages in any court of competent jurisdiction. In addition to any other legal rights or remedies, if a jury or court finds that a violation has occurred, it shall award damages to that individual in an amount up to a maximum of three times the actual damages, but in no case less than four thousand dollars ($4,000). (b) (1) No person, business, or association shall knowingly and intentionally publicly post or publicly display on the Internet the home address or home telephone number of a participant if that individual has made a written demand of that person, business, or association to not disclose his or her home address or home telephone number. A demand made under this paragraph shall include a sworn statement declaring that the person is subject to the protection of this section and describing a reasonable fear for the safety of that individual or of any person residing at the individual's home address, based on a violation of subdivision (a). A written demand made under this paragraph shall be effective for four years, regardless of whether or not the individual's program participation has expired prior to the end of the four-year period.
(2) A participant whose home address or home telephone number is made public as a result of a failure to honor a demand made pursuant to paragraph (1) may bring an action seeking injunctive or declarative relief in any court of competent jurisdiction. If a jury or court finds that a violation has occurred, it may grant injunctive or declarative relief and shall award the successful plaintiff court costs and reasonable attorney's fees.
(3) This subdivision shall not apply to a person or entity defined in Section 1070 of the Evidence Code. (c) (1) No person, business, or association shall solicit, sell, or trade on the Internet the home address, home telephone number, or image of a participant with the intent to do either of the following: (A) Incite a third person to cause imminent great bodily harm to the person identified in the posting or display, or to a coresident of that person, where the third person is likely to commit this harm.
(B) Threaten the person identified in the posting or display, or a coresident of that person, in a manner that places the person identified or the coresident in objectively reasonable fear for his or her personal safety. (2) A participant whose home address, home telephone number, or image is solicited, sold, or traded in violation of paragraph (1) may bring an action in any court of competent jurisdiction. In addition to any other legal rights and remedies, if a jury or court finds that a violation has occurred, it shall award damages to that individual in an amount up to a maximum of three times the actual damages, but in no case less than four thousand dollars ($4,000). (d) An interactive computer service or access software provider, as defined in Section 230(f) of Title 47 of the United States Code, shall not be liable under this section unless the service or provider intends to abet or cause bodily harm that is likely to occur or threatens to cause bodily harm to a participant or any person residing at the same home address.
(e) Nothing in this section is intended to preclude prosecution under any other provision of law. (f) For the purposes of this section, the following terms are defined as follows:
(1) "Image" includes, but is not limited to, any photograph, video, sketch, or computer-generated image that provides a means to visually identify the person depicted.
(2) "Program participant" means a person certified as a program participant in the manner described in Section 6206.
(3) "Publicly post" or "publicly display" means to communicate or otherwise make available to the general public

